■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST BROWN, Petitioner, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied, for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 1, 6) thereof, and as otherwise insufficient on its face. Herlihy, P. J., Reynolds, Aulisi, Stanley, Jr., and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES SANDERS, Petitioner, v. PAUL C. AGNEW, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus, denied. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.